```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

GANSHYAMKUMAR PATEL,

      Petitioner,

v.                                     Case No:   2:25-cv-870-JES-NPM

DAVID HARDIN, UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY, UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT, and PAMELA
BONDI, in her official
capacity as Attorney General
of the United States,

      Respondents.

_____

**ORDER**

Petitioner filed an Amended Petition for Writ of Habeas Corpus (Doc. #9) on October 1, 2025, upon transfer from the Southern District of Florida to the Middle District of Florida because petitioner is "in custody" at Glades County Detention Center. 28 U.S.C. § 28 U.S.C. 2241(d).

Pursuant to 28 U.S.C. § 2243, it is

**ORDERED**:

    1. The Clerk shall serve a copy of the Amended Petition and this Order by electronic mail to the United States Attorney for the Middle District of Florida; and by certified mail to

the Attorney General of the United States and the Warden of the Glades County Detention Center.

2. Counsel for respondents shall **show cause** by response and supporting memorandum why the writ should not be granted within **TWENTY (20) DAYS** of this Order finding "good cause additional time" is required to respond and no separate memorandum in support of expedited relief.

3. Counsel shall file all documents and transcripts necessary for resolution of the writ and certify the true cause of the detention.

4. Petitioner will have **FOURTEEN (14) DAYS** of the filing of the response to file a reply.

5. A hearing may be set upon review of the show cause response and reply.

6. Respondents may be required to produce the body of the person detained.

**DONE and ORDERED** at Fort Myers, Florida, this ___2nd___ day of October 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Petitioner
AUSA

- 2 -