# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**GANSHYAMKUMAR PATEL**,
    Petitioner,

v.                                        2:25-cv-870-JES-NPM

**CHARLES PARRA**, *et al.*,
    Respondents.

---

## ORDER GRANTING SPECIAL ADMISSION

Before the court is an unopposed motion for special admission of Lucy Lu. Having satisfied the requirements of Local Rule 2.01(c), we find that Lu may appear specially on behalf of petitioner. Accordingly, the motion for special admission (Doc. 12) is **GRANTED**.

Unless non-resident attorney Lu already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

Counsel is reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e). By her special admission, Lu is also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this order.

**ORDERED** on October 17, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge